# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

June 13, 2008

**Before**

JOEL M. FLAUM, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 06-1741

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>            *Plaintiff-Appellee,* <br><br>     *v.* <br><br> MARC E. THOMPSON, <br>            *Defendant-Appellant.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. <br><br> No. 04 CR 944 <br><br> Suzanne B. Conlon, <br> *Judge*. |

**O R D E R**

On consideration of the petition for rehearing with suggestion for rehearing en banc filed by Defendant-Appellant on May 30, 2008, the opinion is amended as follows.

The last sentence on page 9 of the slip opinion is modified so that it begins:

"As it turns out, some testing was done, and the government had produced to Thompson's trial counsel (who does not represent him on appeal) a report from the Chicago Police Department that stated:"

In all other respects, all members of the original panel have voted to **DENY** the petition for rehearing.  No judge in regular active service requested a vote on the petition for rehearing en banc.